# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

July 31, 2008

By Fax No. (212) 805-6191 & Regular Mail

Hon. Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Hisan Lee
Ind. No. 07 Cr. 03 (BSJ)

Dear Judge Jones:

This letter is respectfully submitted to request that the Court withdraw without prejudice the motion previously filed *pro se* by my client Hisan Lee on his behalf and on behalf of Hibah Lee and Selbourne Waite. I met with my client after the motion was filed. He now understands that he does not have to make any *pro se* applications when represented by counsel. I will adopt arguments in his submissions at the appropriate time as applicable. He consents to this request with apologies to court and counsel.

Respectfully yours,

Michael H. Sporn

MS/ss
Cc: Michael Q. English, Esq.
    Glenn Garber, Esq.
    Susan Tipograph, Esq.
    (All by Email)

Application is granted.
So ordered.
Barbara S. Jones
USDJ
8/1/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```