Hisan Lee 59908-054
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467

Hisan Lee 17-cv-8567 LAP; 07cr03 LAP
Re: Docket Sheet Reflecting: The Reply to the Government's Opposition to Motion to Expand, and Request to Supplement/Add Additional Issue in Light of Davis, 139 S.Ct. 2319 (2019 June 24).

April 30 2020

Honorable Clerk:

I submitted my reply to the government's opposition to my motion to expand the record. Shortly after I submitted a motion requesting to add an additional claim to my 2255 already pending before the court (17cv 8567 LAP). I would like a docket sheet reflecting the submissions and a copy of the submissions.

Respectfully Submitted
Hisan Lee