UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>HISAN LEE,<br><br>                    Defendant. | No. 07-CR-3 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Lee's update [dkt. no. 883]. The Clerk of the Court shall send a copy of this order to Mr. Lee.

**SO ORDERED.**

Dated:    December 23, 2020
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1