UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>HISAN LEE,<br><br>                    Defendant. | No. 07-CR-3 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Hisan Lee's letter of July 26, 2021 regarding his inability to obtain a refill of his asthma medication. (See dkt. no. 910.) The Chief Medical Officer of U.S.P. Pollock, or his or her designee, shall inform the Court by letter no later than August 12, 2021 of the delivery status of Mr. Lee's asthma medication. The United States Attorney's Office shall serve a copy of this order on the appropriate party at U.S.P. Pollock, and the Clerk of the Court shall mail a copy of this order to Mr. Lee.

**SO ORDERED.**

Dated:    August 3, 2021
          New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge