UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISAN LEE,

                    Petitioner,                  17-cv-8567 (LAP)
                                                 07-cr-0003 (LAP)
    -against-

UNITED STATES OF AMERICA,                            ORDER

                    Respondent.

LORETTA A. PRESKA, Senior United States District Judge:

        The Court is in receipt of Petitioner Hisan Lee's motion

for reconsideration, pursuant to Federal Rule of Civil

Procedure 59(e), seeking this Court to alter or amend its

Opinion and Order dated March 17, 2022, denying Petitioner's

motion under 28. U.S.C. § 2255.   (Dkt. no. 946 in 07-cr-0003.)

The Government shall respond to Petitioner's motion no later

than September 9, 2022.

**SO ORDERED.**

Dated:    August 10, 2022
          New York, New York


                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge

1