

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 15, 2022

**BY ECF**
Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:   United States v. Lee, et al., 07 Cr. 0003 (LAP)**
             **Hisan Lee v. United States, 17 Civ. 8567 (LAP)**

Dear Judge Preska:

     The Government respectfully requests a 45-day adjournment of the September 9, 2022 deadline to respond to the defendant's motion to reconsider the Court's opinion and order denying the defendant's motion submitted pursuant to 28 U.S.C. § 2255. On August 22, 2022, the undersigned is beginning a two-week trial before the Honorable Ronnie Abrams in *United States v. Djonibek Rahmankulov*, 20 Cr. 653. In addition, the undersigned will be on leave and out of the country from September 10 to 18, 2022.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
8/15/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: s/ Cecilia E. Vogel
     Cecilia E. Vogel
     Assistant United States Attorney
     (212) 637-1084

cc: Hisan Lee, *Pro Se* (by certified mail)